```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
JONATHAN PRICE                  :
                                :       CIVIL ACTION
         VS.                    :
                                :       NO. 12-5722
COMMERCIAL RECOVERY SYSTEMS,    :
INC
```

## ORDER

**AND NOW,** on this **21st** day of **May, 2013,** it is hereby **ORDERED** that the above case is Dismissed for Lack of Prosecution. The complaint was filed on **October 9, 2012,** and as of this date, service has not been effected. Plaintiff has been notified by the Court that failure to make service by **April 15, 2013,** or to show good cause as to why this case should not be dismissed would result in dismissal for lack of prosecution. Since neither service was effected, nor good cause shown, dismissal is warranted.

        **IT IS SO ORDERED.**

                                   s/ Eduardo C. Robreno
                                EDUARDO C. ROBRENO     J.